UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN SUTHERLAND,<br><br>  Plaintiff,<br><br>v.<br><br>THOR MOTOR COACH, INC., et. al.<br><br>  Defendants. | Case No.:  23cv2078-JO (MSB)<br><br>**ORDER:**<br>**(1) GRANTING JOINT MOTION TO APPEAR VIA ZOOM AT EARLY NEUTRAL EVALUATION [ECF NO. 5] AND**<br>**(2) CONVERTING THE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE TO ZOOM** |

On December 4, 2023, the parties filed a joint motion asking the Court to allow all parties to appear by Zoom or video conference at the Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") on December 21, 2023.  (ECF No. 5.)  In support, the parties explained that the party representative for Defendant, Thor Motor Coach, Inc., ("Defendant") resides in Indiana and will have difficulty traveling to the ENE because (1) he is scheduled for another deposition in Indiana on the day before the ENE in an unrelated matter; and (2) the ENE is being held very close to the holidays. (See ECF No. 5, at 2.)  They further note that allowing remote appearances for all parties will reduce litigation costs.  (Id.)  Other than a vague reference to reducing litigation costs, the parties have not explained why anyone other than Defendant's party representative

should appear remotely.  The Court ordinarily does not excuse required personal appearances for parties and their counsel without a clearer explanation.  Nonetheless, the Court finds good cause to allow Defendant's party representative to appear remotely and that judicial economy justifies remote appearances for all other participants.  Therefore, the Court **GRANTS** the parties' joint motion and **CONVERTS** the ENE and CMC to a video conference for all participants.

The Court will use its official Zoom video conferencing account to hold the ENE and CMC.  **IF YOU ARE UNFAMILIAR WITH ZOOM:**  Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1]  Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device).  Participants are encouraged to create an account, install Zoom, and familiarize themselves with Zoom in advance of the ENE.[2]  There is a cost-free option for creating a Zoom account.

**1.** Prior to the start of the ENE, the Court will e-mail each ENE participant an invitation to join a Zoom video conference.  Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.  Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation.  **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**.  Zoom may then prompt participants to enter the password included in the invitation.  All participants will be placed in a waiting room until the ENE begins.

**2.** Each participant should plan to join the Zoom video conference **at least five**

---

[1] If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.
[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started.

**minutes before** the start of the ENE to ensure that the ENE begins promptly at 9:30 a.m. **The Zoom e-mail invitation may indicate an earlier start time, but the ENE will begin at the Court-scheduled time.**

       **3.**      Zoom's functionalities will allow the Court to conduct the ENE as it ordinarily would conduct an in-person ENE.  That is, the Court will begin the ENE with all participants joined together in a main session.  After an initial discussion in the main session, the Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[3]  In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence.  Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

       **4.**      No later than **12/14/2023**, counsel for each party shall send an e-mail to the Court at efile_berg@casd.uscourts.gov containing the following:

       a.      The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

       b.      An **e-mail address for each participant** to receive the Zoom video conference invitation; and

       c.      A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be able to proceed telephonically instead of by video conference.  (If counsel prefers all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

//

---

[3] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646.

     **5.**     All participants shall display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person.  Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

     **IT IS SO ORDERED.**

Dated:  December 5, 2023

Honorable Michael S. Berg
United States Magistrate Judge